UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD FIELDS, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | No. 14cv4424 |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff in the above-captioned case, Richard Fields, appeals from that portion of the Order and Opinion (Doc. Nos. 46, 47) entered February 19, 2019 by the Honorable Mark A. Kearney, which dismissed Plaintiffs' First Amendment claim against the City of Philadelphia and Joseph Sisca, as well as Plaintiff's malicious prosecution claim against Joseph Sisca. The Order of February 19, 2016 (Doc. No. 47) is now final and appealable because Plaintiff has dismissed his remaining claims against the Defendants, resulting in a final Order dismissing the case, entered on March 15, 2016 (Doc. No. 57).

Dated: March 21, 2016.                    Respectfully submitted,

                                          */s/ Molly Tack-Hooper*
                                          MOLLY TACK-HOOPER
                                          MARY CATHERINE ROPER
                                          American Civil Liberties Union of
                                          Pennsylvania
                                          P.O. Box 60173
                                          Philadelphia, PA 19102
                                          Tel: (215) 592-1513 ext. 113
                                          Fax: (215) 592-1343
                                          mtack-hooper@aclupa.org
                                          mroper@aclupa.org

                                          JONATHAN H. FEINBERG
                                          Kairys, Rudovsky, Messing, & Feinberg

718 Arch Street, Suite 501 South
Philadelphia, PA 19106
Tel: (215) 925-4400
Fax: (215) 925-5365
jfeinberg@krlawphila.com

JOHN J. GROGAN
PETER LECKMAN
Langer & Grogan, P.C.
The Bell Atlantic Tower
1717 Arch Street, Suite 4130
Philadelphia, Pa. 19103
215.320-5662  Tel.
215.320.5703  Fax.
jgrogan@langergrogan.com
pleckman@langergrogan.com

SETH KREIMER
PA ID No. 26102
3400 Chestnut Street
Philadelphia, PA 19104
Tel: (215) 898-7447
skreimer@law.upenn.edu

*Counsel for Plaintiff*